**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**BRUNSWICK DIVISION**

DAVID BRIAN ELLEDGE,

Plaintiff,

v.

GLYNN COUNTY, GEORGIA,

Defendant.

CIVIL ACTION NO.: 2:26-cv-75

**ORDER**

Plaintiff submitted a Complaint, alleging Defendant violated his rights under the First Amendment. Plaintiff also filed a Motion for Leave to Proceed *in Forma Pauperis*. Doc. 2. After reviewing Plaintiff's Motion, the Court finds Plaintiff meets the requirements set forth in 28 U.S.C. § 1915. Accordingly, the Court **GRANTS** Plaintiff leave to proceed *in forma pauperis*. I **DENY** Plaintiff's Motion for Extension of Time, doc. 6, as I am directing service of Plaintiff's Complaint.

Because the Court has granted Plaintiff leave to proceed in this case *in forma pauperis* under 28 U.S.C. § 1915, service must be effected by the United States Marshal. Fed. R. Civ. P. 4(c)(3). This Court has conducted its frivolity screening under 28 U.S.C. § 1915A and has concluded the following portions of Plaintiff's Complaint survive frivolity review: Plaintiff's First Amendment free speech claim against Defendant Glynn

County, Georgia. Therefore, a copy of Plaintiff's Complaint, doc. 1, a copy of this Order, and a copy of my Report and Recommendation to dismiss some of Plaintiff's claims (which is being issued contemporaneously with this Order) shall be served upon Defendant by the United States Marshal without prepayment of cost. In most cases, the marshal will first mail a copy of the complaint to a defendant by first-class mail and request the defendant waive formal service of summons. Fed. R. Civ. P. 4(d). A defendant has a duty to avoid unnecessary costs of serving the summons, and any defendant who fails to comply with the request for waiver must bear the costs of personal service, unless good cause can be shown for the failure to return the waiver. Fed. R. Civ. P. 4(d). Generally, a defendant who timely returns the waiver is not required to answer the complaint until 60 days after the date the marshal sent the request for waiver. Fed. R. Civ. P. 4(d)(3).

While this action is pending, Plaintiff **shall** immediately inform this Court of any change of address. Failure to do so will result in dismissal of this case, without prejudice. LR Civ. 11.

**SO ORDERED**, this 7th day of October, 2026.

BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA